# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Malcolm Xerxes Larvadain
Attorney at Law
626 8th St.
Alexandria LA 71301

**REHEARING ACTION: January 18, 2018**

**Docket Number: 17   00942-JWC**

**STATE IN THE INTEREST OF**
**B. J. and J. J.**

**Writ Application from Rapides Parish Case No. 2017-CC-15**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Elizabeth A. Pickett**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **K. R.** is:

**MOTION FOR RECONSIDERATION GRANTED.**
**WRIT DENIED.** We find no error in the trial court's rulings.

cc: Field Vernon Gremillion, III, Counsel for  the Respondent
    Ty Marchand, Counsel for  the Respondent